IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RENE AGUINALDO and GRACE AGUINALDO, | CASE NO. 5:12-CV-01393-EJD |
| Plaintiffs, | **JUDGMENT** |
| v. | |
| OCWEN LOAN SERVICING, LLC, and DOES 1-50, inclusive, | |
| Defendants. | |

This action having been dismissed without leave to amend (see Docket Item No. 19),

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Judgment is entered in favor of Defendant.

**IT IS SO ORDERED.**

Dated: September 4, 2012

 _____
 EDWARD J. DAVILA
 United States District Judge

1

CASE NO. 5:12-cv-01393-EJD
JUDGMENT